Alec Papierniak
90 S. 9th St.
Apt. #1507
Minneapolis, MN 55402
(507)-217-7493
alec@papierniak.net
Case Number CR-04 20006
June 7, 2011


Honorable Judge James Ware
US District Court
280 S. 1st St.
Room 2112
San Jose, CA 95113


Dear Judge James Ware,

I am the Respondent in Case No. CR-04-20006, UNITED STATES OF AMERICA v. ALEC SCOTT PAPIERNIAK. On or about March 30, 2004, I surrendered my passport to Pretrial Services, who then turned it over to the Clerk of Court. I completed my 18 month prison sentence without incident. On October 2, 2008, I was discharged from supervised release.

I am writing to request the release of my passport to my custody.

Thank you for your time and consideration in this matter.

Respectfully,

*[signature]*

Alec Papierniak

FILED

JUL 0 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 7/8/11
APPROVED AND SO ORDERED

*[signature]*

EDWARD J. DAVILA
U.S. DISTRICT JUDGE